UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22489-CV-LENARD/O'SULLIVAN

JOHAMILLY TORRES-OQUENDO
    Plaintiff,

v.

CORREA - KAHIL AUTO SALES, INC,
d/b/a/ BOLIMARY MOTORS, INC.
    Defendant.
_____/

## ORDER

THIS MATTER is before the Court sua sponte following a review of the record. The defendant is not represented by counsel in the instant case. Instead, an individual named Maria Correa has been filing documents on behalf of the defendant. For example, on October 15, 2012, Ms. Correa filed a Joint Scheduling Report (DE# 18, 10/15/12) on behalf of the defendant. It does not appear that Ms. Correa is an attorney. Correa - Kahil Auto Sales, Inc. is a corporation and cannot proceed pro se. See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985) (stating "[t]he rule is well established that a corporation is an artificial entity that can act only through its agents, cannot appear pro se, and must be represented by counsel."). Accordingly, it is

ORDERED AND ADJUDGED that as soon as practicable, but no later than **Wednesday, October 31, 2012**, the defendant shall obtain the representation of an attorney and have that attorney file a notice of appearance with the Court. By **Wednesday, November 7, 2012**, counsel for the defendant shall amend the documents filed by the defendant. **The failure to obtain counsel may result in the striking of all filings and the entry of a default against the defendant.**

DONE AND ORDERED, in Chambers, at Miami, Florida, this **17th** day of October, 2012.

                                                                       JOHN J. O'SULLIVAN
                                                                       UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Judge Lenard
All Counsel of Record

Copies Mailed by Chambers to:
Correa - Kahil Auto Sales, Inc.
4264 SW 12 Terrace
Miami, FL 33134