UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22489-CV-LENARD/O'SULLIVAN

JOHAMILLY TORRES-OQUENDO
    Plaintiff,

v.

CORREA - KAHIL AUTO SALES, INC,
d/b/a/ BOLIMARY MOTORS, INC.
    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Renewed Motion to Strike Defendant's Non-Complaint Filings and for Entry of Default (DE# 26, 3/5/13). Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by default**.

S.D. Fla. L.R. 7.1(c) (emphasis added). Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Renewed Motion to Strike Defendant's Non-Complaint Filings and for Entry of Default (DE# 26, 3/5/13) on or before **Monday, April 8, 2013**. The failure to file a response may result in a recommendation that the Plaintiff's Renewed Motion to Strike Defendant's Non-Complaint Filings and for Entry of Default (DE# 26, 3/5/13) be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this **25th** day of March, 2013.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record